**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (State Bar No. 118694)**
**SILKY SAHNAN (State Bar No. 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**RONITA PRASAD**

## IN THE UNITED STATES DISTRICT

## COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-MJ-0239-DAD |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| RONITA PRASAD | |
| Defendant | |

     The defendant, RONITA PRASAD, by and through her current Attorney of Record Assistant Federal Defender Dennis S. Waks, hereby substitutes Johnny L. Griffin III and the Law Offices of Johnny L. Griffin III, 1010 F Street, Suite 200, Sacramento, CA 95814, (916) 444-5557 as her Attorney of Record in place and stead of Assistant Federal Defender Dennis S. Waks.

Dated: September 15, 2009   ss//Dennis S. Waks
                                       DENNIS S. WAKS
                                       Assistant Federal Defender

Dated: September 15, 2009   ss/ Ronita Prasad
                                       RONITA PRASAD
                                       Defendant

I accept the above substitution.

Dated:  September 15, 2009		ss// Johnny L. Griffin, III
					JOHNNY L. GRIFFIN, III
					Attorney at Law

**IT IS SO ORDERED.**

Dated: September 16, 2009    /s/ Gregory G. Hollows
					_____
					Hon.
					U.S. Magistrate Judge

Prasad.ord