**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (State Bar No. 118694)**
**SILKY SAHNAN (State Bar No. 242850)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
**RONITA PRASAD**

# IN THE UNITED STATES DISTRICT

# COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-MJ-0239-DAD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING TO OCTOBER 22, 2009** |
| vs. | |
| RONITA PRASAD | |
| Defendant | |

    Defendant PRASAD, by and through her undersigned counsel, and the United States of America, through Assistant United States Attorney Michelle Rodriguez, hereby agree and stipulate to continue the preliminary hearing in the above captioned case from September 17, 2009 to October 22, 2009 at 2:00 p.m.  This continuance is requested because counsel for defendant substituted in on the case on September 16, 2009 and therefore needs additional time to review discovery and to conduct further investigation.

    ///

For these reasons and for good cause relating to pre-Indictment resolution discussions, the parties stipulate and request that, pursuant to FRCP Rule 5.1 (c), the Court extend time within which a preliminary hearing must be conducted and set the preliminary hearing on October 22, 2009.

Dated: September 17, 2009                    Respectfully submitted,

/s/ Johnny L. Griffin, III
 (for Michelle Rodriguez by telephone consent)
MICHELLE RODRIGUEZ
Assistant United States Attorney


/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Dated: September 17, 2009                    Attorney for Prasad

## ORDER

HEREBY the Court enters the following order:  (1) the time limits specified in FRCP 5  -- taking into account the public interest in the prompt disposition of criminal cases -- are extended based on the stipulation of the parties and the good cause indicated therein,  (2) the September 17, 2009 preliminary hearing is vacated, and (3) the Clerk of Court is directed to place this matter on the Magistrate Court's 2:00 PM on October 22, 2009 calendar for preliminary hearing.

**IT IS SO ORDERED.**


Dated: September 21, 2009
                                             /s/ Gregory G. Hollows

                                             HON. GREGORY G. HOLLOWS
                                             U.S. Magistrate Judge

Prasad.eot